IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CV-138-FL

| | |
|---|---|
| CAPE FEAR RIVER WATCH;<br><br>NORTH CAROLINA WILDLIFE FEDERATION;<br><br>DEFENDERS OF WILDLIFE;<br><br>     Plaintiffs,<br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS;<br><br>COLONEL BENJAMIN A. BENNETT, in his official capacity as U.S. ARMY CORPS OF ENGINEERS, WILMINGTON DISTRICT COMMANDER;<br><br>     Defendants. | **ORDER GRANTING PLAINTIFFS' MOTION TO HOLD IN ABEYANCE** |

  Before the Court is Plaintiffs' Consent Motion to Hold in Abeyance regarding Plaintiffs' Motion for Attorneys' Fees and Expenses, filed on October 17, 2022. Upon reviewing the Motion and finding good cause for the same, the Court hereby ORDERS that the Motion is GRANTED. Accordingly, it is this 18th day of October, 2022, hereby

  ORDERED that Plaintiffs' Motion to Hold in Abeyance Plaintiffs' Motion for Attorneys' Fees and Expenses is GRANTED; and it is further

  ORDERED that Plaintiffs' Motion for Attorneys' Fees and Expenses shall be held in abeyance for a period of ninety (90) days from the date of this order; and it is further

ORDERED that if at the end of this 90-day abeyance period, the parties have not notified the Court that negotiations have resulted in settlement of the fee claim, Plaintiffs shall either file a further motion to hold the matter in abeyance if negotiations are continuing in good faith or file an amended motion for attorneys' fees and expenses.

SO ORDERED, this the 18th day of October, 2022.

LOUISE W. FLANAGAN
United States District Judge