IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CV-138-FL

| | |
|---|---|
| CAPE FEAR RIVER WATCH;<br><br>NORTH CAROLINA WILDLIFE FEDERATION;<br><br>DEFENDERS OF WILDLIFE;<br><br>           Plaintiffs,<br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS;<br><br>COLONEL BENJAMIN A. BENNETT, in his official capacity as U.S. ARMY CORPS OF ENGINEERS, WILMINGTON DISTRICT COMMANDER;<br><br>           Defendants. | **ORDER GRANTING JOINT MOTION TO HOLD IN CONTINUED ABEYANCE** |

Before the Court is the parties' Joint Motion to Hold in Continued Abeyance Plaintiffs' Motion for Attorneys' Fees and Expenses, filed on October 17, 2022. Upon reviewing the Motion and finding good cause for the same, the Court hereby ORDERS that the Motion is GRANTED and Plaintiffs' Motion for Attorneys' Fees and Expenses shall be held in abeyance for twenty-eight (28) days from the date of this Order.

SO ORDERED, this the 6th day of April, 2023.

                                            _/s/ Louise W. Flanagan_
                                            LOUISE W. FLANAGAN
                                            United States District Judge